THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES DORIETY,

                Petitioner,

    v.

UNITED STATES OF AMERICA,

                Respondent.

CASE NO. C16-0924-JCC

MINUTE ORDER REINSTATING SENTENCE

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the Court's order granting Petitioner Doriety's 28 U.S.C. § 2255 motion and reinstate his sentence (Dkt. No. 21). The motion is GRANTED. The Court hereby ORDERS:

1.  This Court's order of November 10, 2016, granting Petitioner's motion pursuant to 28 U.S.C. § 2255, (Dkt. No. 12), is hereby VACATED by stipulated request of the parties, and Petitioner's motion to modify sentence, (Dkt. No. 1), is DISMISSED.

2.  Because that order is vacated and the motion dismissed, Mr. Doriety's original judgment and sentence entered on September 24, 2010, is REINSTATED. The resentencing hearing currently set for April 4, 2017, is now STRICKEN from the calendar.

1

DATED this 27th day of March 2017.

2

William M. McCool
Clerk of Court

3

4

/s/Paula McNabb
Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER REINSTATING SENTENCE
C16-0924-JCC
PAGE - 2